UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TATE HOWE

        Plaintiff(s),

  v.

NEWREZ LLC ET AL.

        Defendant(s).

Case No. 5:24-cv-07993-VKD

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

**INSTRUCTIONS:** Please indicate below by checking **one** of the two boxes whether you (if you are the party) or the party you represent (if you are an attorney in the case) choose(s) to consent or decline to magistrate judge jurisdiction in this matter. Sign this form below your selection.

☑ **CONSENT to Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to have a United States magistrate judge conduct all further proceedings in this case, including trial and entry of final judgment. I understand that appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**OR**

☐ **DECLINE Magistrate Judge Jurisdiction**

In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United States magistrate judge conduct all further proceedings in this case and I hereby request that this case be reassigned to a United States district judge.

DATE: December 27, 2024

NAME: Neil J. Cooper

/s/ Neil J. Cooper
*Signature*

COUNSEL FOR (OR "PRO SE"): NEWREZ LLC dba Shellpoint Mortgage Servicing and WILMINGTON SAVINGS FUND SOCIETY, FSB, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE OF INDIANA GENERAL INVESTMENT TRUST

**PROOF OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On December 27, 2024 I served the following document(s) described as follows:

**CONSENT TO MAGISTRATE JUDGE JURISDICTION**

On the following interested parties in this action:

Evan Martyndale Livingstone
Wade Litigation
262 East Main Street
Los Gatos, CA 95030
(408) 842-1688
Fax: (408) 549-1612
Email: elivingstone@wadelitigation.com
*Attorney for Plaintiff, Tate Howe*

☒   E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel/parties who are registered with the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on December 27, 2024 at Riverside, California.

_____
Courtney Hershey