# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

TATE HOWE

Plaintiff(s)

v.

NEWREZ LLC et al.

Defendant(s)

CASE No C 5:24-cv-07993-VKD

ADR CERTIFICATION BY
PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: January 23, 2025

Katherine Heatherly, Authorized Representative for
Newrez, LLC d/b/a Shellpoint Mortgage Servicing

Party

Date: January 22, 2025

/s/ Neil J. Cooper

Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: January 28, 2025

/s/ Neil J. Cooper

Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert  rev. 1-15-2019*

## PROOF OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

On January 28, 2025 I served the following document(s) described as follows:

### ADR CERTIFICATION BY PARTIES AND COUNSEL

On the following interested parties in this action:

Evan Martyndale Livingstone
Wade Litigation
262 East Main Street
Los Gatos, CA 95030
(408) 842-1688
Fax: (408) 549-1612
Email: elivingstone@wadelitigation.com
*Attorney for Plaintiff, Tate Howe*

☒     E-FILING—By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel/parties who are registered with the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury, under the laws of the State of California that the foregoing is true and correct.

Executed on January 28, 2025 at Riverside, California.

Courtney Hershey