UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TATE HOWE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NEWREZ LLC, et al.,<br><br>　　　　　Defendants. | Case No. 24-cv-07993-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT**<br><br>Re: Dkt. No. 13 |

The Court is informed that the parties have settled. Dkt. No. 13. Accordingly, all pending deadlines and appearances are vacated. On or before March 14, 2025, a stipulated dismissal shall be filed pursuant to Fed. R. Civ. P. 41.

If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, 5th Floor, 280 South First Street, San Jose, California 95113 on March 25, 2025 at 10:00 a.m. and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than March 18, 2025 advising as to (1) the status of the activities of the parties in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: February 12, 2025

Virginia K. DeMarchi
United States Magistrate Judge